**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1678**

_____

In re:  GRAHAM SCHIFF,

        Petitioner.

_____

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Baltimore.  (1:23-mc-00065-JKB)

_____

Submitted:  July 24, 2025                         Decided:  July 29, 2025

_____

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Graham Harry Schiff, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Graham Schiff petitions for a writ of mandamus seeking an order directing the district court to rescind an order prohibiting Schiff from communicating with court personnel by email. We conclude that Schiff is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (citation modified).

Our review of the record leads us to conclude that Schiff does not have a clear right to the relief he seeks. Accordingly, we deny the petition for writ of mandamus. We further deny Schiff's motion for recusal of the judges of this court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*